OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.


Ford et al., Appellants, v. Talley Machinery Corporation et
al., Appellees.
[Cite as Ford v. Talley Mach. Corp. (1994),     Ohio St.3d    .]
Statutes of limitations -- Recent United States Supreme Court
     decision may not be retroactively applied to bar claims in
     state courts which had accrued prior to the announcement
     of that decision -- Section 16, Article I, Ohio
     Constitution, applied.
     (No. 93-295 -- Submitted February 1, 1994 -- Decided March
23, 1994.)
     Appeal from the Court of Appeals for Cuyahoga County, No.
60415.

     Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas
Mester, Richard L. Demsey and Joel Levin, for appellants.
     Mansour, Gavin, Gerlack & Manos Co., L.P.A., Dale E.
Markworth, Robert E. Blackham and Eli Manos, for appellee
Talley Machinery Corporation.

     The judgment of the court of appeals is reversed and the
cause is remanded to the trial court on authority of Hyde v.
Reynoldsville Casket Co. (1994), 68 Ohio St.3d     ,
N.E.2d     .
     A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.
     Moyer, C.J., concurs separately.
     Wright, J., dissents for the reasons stated in his
dissenting opinion in Hyde v. Reynoldsville Casket Co. (1994),
68 Ohio St.3d 240, 246-250,     N.E.2d    ,   .
                              No. 93-295
                              Moyer, C.J., concurring
                              Separately
                              File No. 8050
                              Doc. No. 1994Y


Ford v. Talley Mach. Corp.
     Moyer, C.J., concurring separately.    I concur separately

in the judgment entry in the above-styled case.  As stated in Justice Wright's dissent in Hyde v. Reynoldsville Casket Co. (1994), 68 Ohio St.3d 240, 246-250,     N.E.2d    ,    , I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case.  As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.